# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

JEROME TALLEY,

    Petitioner,

    v.

JEANETTE DALTON,

    Respondent.

NO. **CV-15-5452-LRS**

**ORDER DENYING MOTIONS FOR RELIEF**, *INTER ALIA*

Petitioner's Motions For Relief (ECF Nos. 18 and 19) are **DENIED**. The court will not entertain any further motions from Petitioner in the captioned matter and he is **PRECLUDED** from filing any further papers in this matter, other than a Notice of Appeal appealing this court's Order Of Dismissal (ECF No. 15) and the Judgment issued pursuant thereto (ECF No. 16) to the Ninth Circuit Court of Appeals. Petitioner's Motion To Amend And Supplement Emergency Motion And Motion For Prompt Adjudication (ECF No. 17) is **DISMISSED** as moot.

    **IT IS SO ORDERED.** The District Court Executive shall forward a copy of this order to the Petitioner.

    **DATED** this ___16th___ day of October, 2015.

*s/Lonny R. Suko*

LONNY R. SUKO
Senior U. S. District Court Judge

**ORDER DENYING MOTIONS FOR RELIEF-**      1